Court of Vermont, Unit No. 2, Chittenden Circuit.

3. Pending determination of the appeal herein, it is recommended that the defendant be confined within the State of Vermont.

4. The parties having conceded that the defendant was duly surrendered into custody in relief of bail by his surety, Clark W. Hinsdale, Jr., said surety is hereby released and discharged from liability under his promissory note dated July 14, 1978, and his mortgage deed securing said note recorded in Book 35 at page 217 of the Land Records of the Town of Charlotte; said release and discharge to be evidenced by a certified copy of this entry order.

Done in Chambers at Burlington, Vt., this 26th day of April, 1979.

Larrow, J.

**STATE of Vermont v. Theodore L. BROWN, Jr., No. 153-79**

May 1, 1979. The order of the Vermont District Court, Unit No. 6, Windham Circuit dated April 2, 1979, denying the defendant's application for reduction of bail, being supported by the proceedings below, is affirmed. 13 V.S.A. § 7556(b).

Daley, J.

**Henry J. SCHMITT and Mary T. Schmitt v. Everett and Norma DREW, Frederick C. and Nilda S. Silloway, and Leslie E. and Madelyn B. Scott, No. 38-78**

May 2, 1979. Cause dismissed for failure to comply with the progress order of April 3, 1979.

**Ann H. BRANNAGAN v. Edward A. BRANNAGAN, No. 171-78**

May 2, 1979. Cause dismissed for failure to comply with the order of April 11, 1979.

**Hans Walter VAHLTEICH & Beverly Vahlteich Daigle v. Pauline KNOTT and Clyde L. Knott, No. 316-78**

May 2, 1979. Transcript to be filed in thirty (30) days.

Daley, J.

**Hans Walter VAHLTEICH & Beverly Vahlteich Daigle v. Pauline KNOTT and Clyde L. Knott, No. 43-79**

May 2, 1979. Transcript to be ordered in sixty (60) days.

Daley, J.

**TOWN OF SWANTON v. Floyd and Sandra BOIVIN, No. 45-79**

May 2, 1979. Appeal dismissed for failure to comply with the order of April 6, 1979.

**Edward S. ALEXANDER v. Jean Luc DUPUIS and Blandine Dupuis, No. 200-77**